IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ARMENDA MASON                                                                          PLAINTIFF

V.                                           NO. 09-CV-10003

IAMAW, LOCAL W-475                                                                  DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed December 22, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 31). Judge Bryant recommends that Defendant's Motion for Summary Judgment (ECF No. 18) be granted. Plaintiff has responded with timely objections. (ECF No. 32). After reviewing the record *de novo*, the Court adopts Judge Bryant's Report and Recommendation as its own.

In her objections to the Report and Recommendation, Plaintiff alleges that the affidavits presented by Defendant in support of its summary judgment motion are untrue. However, Plaintiff has presented no proof that the affidavits contain false information. Moreover, Plaintiff has not submitted any proper summary judgment evidence by way of affidavit, deposition testimony, or discovery answers that establish a triable issue of fact on the issue that she was treated differently because of her race.

The Court has reviewed Plaintiff's objections and finds that the objections lack merit. Accordingly, for reasons stated herein and above, as well as those contained in Judge Bryant's Report and Recommendation (ECF No. 31), Defendant's Motion for Summary Judgment (ECF No. 18) is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 29th day of April, 2011.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge